■ ALEXANDER RABINOVICH, Appellant, v OKSANA SHEVCHENKO, Respondent. [880 NYS2d 572]—In an action for a divorce and ancillary relief, the plaintiff husband appeals from an order of the Supreme Court, Suffolk County (Blydenburgh, J.), dated June 12, 2008, which denied his oral application for a downward modification of his pendente lite maintenance obligation.

Ordered that the appeal is dismissed, without costs or disbursements.

The order appealed from did not determine a motion made on notice, and is therefore not appealable as of right (*see* CPLR 5701 [a] [2]; *Steven L.Levitt & Assoc., P.C. v Computer Handlers Corp.,* 7 AD3d 613 [2004]; *Johnson v Ladin,* 7 AD3d 674, 675 [2004]; *Stern v Stern,* 273 AD2d 298, 299 [2000]; *Cuffie v New York City Health & Hosps. Corp.,* 260 AD2d 423 [1999]). No motion for leave to appeal has been made, and under the circumstances, we decline to grant leave on our own motion (*see Independence Constr. Corp. v AMOCO Constr. Corp.,* 33 AD3d 963 [2006]; *Steven L.Levitt & Assoc., P.C. v Computer Handlers Corp.,* 7 AD3d 613 [2004]; *Cuffie v New York City Health & Hosps. Corp.,* 260 AD2d 423 [1999]). Mastro, J.P., Florio, Eng and Leventhal, JJ., concur.